**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DENISE C. BROCKETT

v. CA 06-457M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Defendant, Michael Astrue, and against the plaintiff, Denise C. Brockett pursuant to this Court's Memorandum & Order issued on August 28, 2008. the Defendant's Motion for an Order Affirming the Decision of the Commissioner is **GRANTED** and the Plaintiff's Motion for Summary Judgment is **DENIED.**

BY:

/s/ Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**August 28, 2008**